IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 14-552 CRB |
| Plaintiff, | **ORDER DIRECTING PARTIES TO FILE DECLARATIONS REGARDING PETITIONER'S FEDERAL AND STATE SENTENCES** |
| v. | |
| CHARLES CHESTER CHATMAN III, | |
| Defendant. | |

The Court hereby DIRECTS Petitioner Charles Chatman and the government to each file a declaration regarding how the Bureau of Prisons has implemented the sentence imposed by this Court, including any good-time credits and the like, as well as how the California Department of Corrections and Rehabilitation has implemented the sentence imposed by the Solano County Superior Court in case number FCR300690, including any good-time credits and the like. See Dkts. 38–1 (federal sentencing); 38–2 (state sentencing). The parties shall file their respective declarations no later than 30 days from the entry of this order.

**IT IS SO ORDERED.**

Dated: June 23, 2017

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE