IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 14-cr-552 CRB |
| Plaintiff, | **ORDER GRANTING CERTIFICATE OF APPEALABILITY** |
| v. | |
| CHARLES CHESTER CHATMAN III, | |
| Defendant. / | |

Petitioner Charles Chatman petitioned under 28 U.S.C. § 2255 to vacate, set aside, or correct his sentence on two grounds: (1) that Johnson v. United States, 135 S. Ct. 2551 (2015), rendered his sentence invalid, and (2) that the Court misapprehended the effect of the sentence it imposed. See generally Am. Petition (dkt. 38). On July 27, 2017, this Court denied Chatman's motion on both grounds. Order, Dkt. 50. Chatman now seeks a Certificate of Appealability as to that denial, pursuant to 28 U.S.C. § 2253(c)(1)(B).

A COA may issue when an appellant has made a "substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2); United States v. Zuno-Arce, 339 F.3d 886, 888 (9th Cir. 2003). "The petitioner must demonstrate that reasonable jurists would find the district court's assessment of the constitutional claims debatable or wrong." Slack v. McDaniel, 529 U.S. 473, 484 (2002). A court may not deny a COA based only "on its adjudication of the actual merits" of the claim. Zuno-Arce, 339 F.3d at 889.

As to the first ground for Chapman's petition, this Court denied relief based on Beckles v. United States, 137 S. Ct. 886 (2017), and rejected Chatman's waiver argument. However, the Court will not go so far as to hold that no reasonable jurist would disagree.

Cf. United States v. Sledge, No. CR14-81-TSZ, 2017 U.S. Dist. LEXIS 84857, at *2 (W.D. Wash. June 1, 2017) (holding that the Government waived its Beckles argument, albeit while ruling on the government's motion to reconsider a pre-Beckles grant of relief).

As to the second argument, after considering the parties' submissions and the relevant law, the Court found that it was without legal grounds to alter the sentence it imposed. Order at 1. Nevertheless, "reasonable jurists" likewise could find that assessment to be "debatable or wrong." Slack, 529 U.S. at 484.

Accordingly, the Court GRANTS Chatman's motion for a Certificate of Appealability as to the order denying the motion under 28 U.S.C. § 2255 to vacate, set aside, or correct his sentence.

**IT IS SO ORDERED.**

Dated: August 21, 2017

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE